

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

NO. WR-85,177-01

### IN RE MATTHEW POWELL, CRIMINAL DISTRICT ATTORNEY OF LUBBOCK COUNTY, Relator

### ON PETITION FOR A WRIT OF MANDAMUS
### CAUSE NO. 2016-485,590
### IN THE COUNTY COURT AT LAW NUMBER ONE
### FROM LUBBOCK COUNTY

*Per curiam*.

## O R D E R

Relator filed a petition for a writ of mandamus in this Court, invoking our constitutional authority to issue writs of mandamus in criminal law matters. TEX. CONST. art. V, § 5. The petition requests that we issue a writ of mandamus in the underlying case, requiring the county court judge to rescind his order allowing the defendant copies of discovery. TEX. CODE CRIM. PROC. art. 39.14(f). Relator did not pursue relief in the appellate court, citing a case from the Texarkana Court of Appeals concluding that the appellate courts do not have statutory mandamus jurisdiction over statutory county courts. *In re Meyer*, 482 S.W.3d 706 (Tex. App.—Texarkana 2016).

We order that this petition be filed and set for submission to determine whether the appellate courts have mandamus jurisdiction over statutory county courts and, if not, whether the Relator has established entitlement to mandamus relief. The parties are invited to submit briefs addressing the jurisdictional issues raised by Relator's reliance on *Meyer* as well as the merits of the substantive issue raised by Relator's mandamus petition.

All briefs shall be filed with this Court on or before within 45 days of the date of this order.

Filed: October 5, 2016
Do not publish